**Electronically Filed
Supreme Court
SCWC-30059
27-MAR-2014
12:40 PM**

SCWC-30059

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

CLARENCE STONE, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30059; CASE NOS. 2DTA-08-00722; 2DTA-08-01628;
2DTC-08-011610; 2DTC-09-009261)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Nakasone, assigned by reason of vacancy)

Upon consideration of the Motion for Reconsideration
(motion) filed on March 10, 2014 by Petitioner/Defendant-
Appellant Clarence Stone, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, March 27, 2014.

Hayden Aluli
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Karen T. Nakasone

